IN THE UNITED STATES BANKRUPTCY COURT
FOR THE KANSAS

IN RE:

Veronica Elaine McLin

          Debtor,          Case No: 14-21446-13

## NOTICE OF ALLOWED CLAIMS AND CLASSIFICATION

    NOTICE is given that the claims listed have been filed and allowed pursuant to 11 U.S.C.§502 (a). The claim amount and classification listed are pursuant to the confirmed Plan and Orders of the Court as determined by the Trustee. In addition, the debtor's attorney will be paid $2,950.00 through the Plan.

    Disbursements of Plan funds to creditors listed and classified has or will commence pursuant to the confirmed Plan and Orders of the Court. Unless an **objection to claims** together with a Notice of Hearing is filed with the Clerk of the Bankruptcy Court on or before July 25, 2015, the claims will be paid as allowed and classified on the following list without further notice.

                              s/W.H. Griffin, Chapter 13 Trustee
                              W.H. Griffin #8060
                              5115 ROE BLVD
                              SUITE 200
                              ROELAND PARK, KS  66205-2393
                              (913)677-1311
                              (913)432-7857(Fax)

## CERTIFICATE OF SERVICE

I, the undersigned, do hereby certify that the Debtor and Debtor's Attorney will be served either electronically or via U.S. mail.

                              s/W.H. Griffin, Chapter 13 Trustee
                              W.H. Griffin #8060
                              5115 ROE BLVD
                              SUITE 200
Veronica Elaine McLin          ROELAND PARK, KS  66205-2393
PO Box 3103                     (913)677-1311
Olathe, KS 66063               (913)432-7857(Fax)

| Claim # | Creditor Name and Address | Claim Amount | Interest Rate | Percent to be Paid |
|---|---|---|---|---|
| 1 | SOUTHWESTERN BELL TELEPHONE CO<br>% AT&T SERVICES, INC<br>KAREN A. CAVAGNARO<br>ONE AT&T WAY, ROOM 3A104<br>BEDMINSTER, NJ 07921<br>Classified as: UNSECURED | $392.53<br><br>Monthly Payment: $0.00<br><br>SERVICES PROVIDED | 0.00 | 0.00 |
| 2 | WOMENS HEALTH ASSOCIATES<br>5401 COLLEGE BLVD, STE 100<br>LEAWOOD, KS 66211<br><br>Classified as: UNSECURED | $57.64<br><br>Monthly Payment: $0.00<br><br>SERVICES PROVIDED NOT/SCH | 0.00 | 0.00 |
| 3 | INTERNAL REVENUE SERVICE<br>PO BOX 7317<br>PHILADELPHIA, PA 19101-7317<br><br>Classified as: UNSECURED | $836.96<br><br>Monthly Payment: $0.00<br><br>2010 INCOME TAX/PENALTIES/AME | 0.00 | 0.00 |
| 4 | KANSAS DEPARTMENT OF REVENUE<br>ATTN: CTE/BANKRUPTCY UNIT<br>PO BOX 12005<br>TOPEKA, KS 66612-2005<br>Classified as: NON-PRIORITY/NON-DISCH | $506.58<br><br>Monthly Payment: $0.00<br><br>2010 INCOME TAX/PENALTIES | 0.00 | 100.00 |
| 5 | ACCOUNTABLE FINANCE INC<br>7733 METCALF<br>OVERLAND PARK, KS 66204<br><br>Classified as: SECURED-910 CAR | $12,343.00<br><br>Monthly Payment: $0.00<br><br>2005 PONTIAC GRAND PRIX | 4.75 | 100.00 |
| 6 | WATERTOWN CREDIT BUREAU, INC<br>PO BOX 234<br>WATERTOWN, SD 57201<br>Classified as: UNSECURED | $435.59<br><br>Monthly Payment: $0.00<br><br>GREAT WESTERN BK/CHARGED OF | 0.00 | 0.00 |
| 7 | KCPL<br>PO BOX 418679<br>KANSAS CITY, MO 64141-8679<br><br>Monthly Payment: $0.00 | $245.87 | 0.00 | 0.00 |

| Claim # | Creditor Name and Address | Claim Amount | Interest Rate | Percent to be Paid |
|---|---|---|---|---|
| | Classified as: UNSECURED | | | UTILITIES |
| 8 | PREMIER BANKCARD/CHARTER<br>PO BOX 2208<br>VACAVILLE, CA 95696 | $871.85 | 0.00 | 0.00 |
| | | Monthly Payment: $0.00 | | |
| | Classified as: UNSECURED | | | CREDIT CARD |
| 9 | A-1 PREMIUM ACCEPTANCE<br>% PENDLETON & SUTTON<br>1031 VERMONT ST, SUITE B<br>LAWRENCE, KS 66044 | $1,259.15 | 0.00 | 0.00 |
| | | Monthly Payment: $0.00 | | |
| | Classified as: UNSECURED | | | MONEY LOANED NOT/SCH |
| 10 | ACTION CREDIT ACTION LC<br>%PENDLETON & SUTTON ESQ<br>1031 VERMONT STE B<br>LAWRENCE, KS 66004 | $195.34 | 0.00 | 0.00 |
| | | Monthly Payment: $0.00 | | |
| | Classified as: UNSECURED | | | MONEY LOANED |
| 11 | AMERIBEST LLC<br>PENDLETON & SUTTON<br>1031 VERMONT<br>STE B<br>LAWRENCE, KS 66044 | $409.86 | 0.00 | 0.00 |
| | | Monthly Payment: $0.00 | | |
| | Classified as: UNSECURED | | | MONEY LOANED |
| 12 | THE MONEY STOP<br>% PENDLETON & SUTTON<br>1031 VERMONT ST, STE B<br>LAWRENCE, KS 66044 | $76.54 | 0.00 | 0.00 |
| | | Monthly Payment: $0.00 | | |
| | Classified as: UNSECURED | | | MONEY LOANED NOT/SCH |
| 13 | MONEY N MINUTES LLC<br>PENDLETON & SUTTON, LLC<br>1031 VERMONT ST, STE B<br>LAWRENCE, KS 66044 | $1,150.33 | 0.00 | 0.00 |
| | | Monthly Payment: $0.00 | | |
| | Classified as: UNSECURED | | | MONEY LOANED |
| 14 | ATMOS ENERGY<br>PO BOX 650205<br>DALLAS, TX 75265-0205 | $182.19 | 0.00 | 0.00 |
| | | Monthly Payment: $0.00 | | |
| | Classified as: UNSECURED | | | NOT/SCH |

| Claim # | Creditor Name and Address | Claim Amount | Interest Rate | Percent to be Paid |
|---|---|---|---|---|
| 15 | KCP&L GREATER MO OPERATIONS CO<br>PO BOX 11739<br>KANSAS CITY, MO 64138<br>Classified as: UNSECURED | $531.63<br><br>Monthly Payment: $0.00 | 0.00 | 0.00<br><br>UTILITIES |
| 16 | ENGLISH GARDENS<br>EVANS & MULLINIX<br>7225 RENNER RD, SUITE 200<br>SHAWNEE, KS 66217<br>Classified as: UNSECURED | $2,515.88<br><br>Monthly Payment: $0.00 | 0.00 | 0.00 |
| 17 | ACCOUNT RECOVERY SPECIALISTS<br>200 W WYATT EARP BLVD<br>PO BOX 136<br>DODGE CITY, KS 67801<br>Classified as: UNSECURED | $1,975.77<br><br>Monthly Payment: $0.00 | 0.00 | 0.00 |
| 18 | JEFFERSON CAPITAL SYSTEMS<br>PO BOX 953185<br>ST LOUIS, MO 63195-3185<br><br>Classified as: UNSECURED | $370.00<br><br>Monthly Payment: $0.00 | 0.00 | 0.00<br><br>Check$mart |
| 19 | US DEPARTMENT OF EDUCATION NATIONAL PAYMENT CENTER<br>PO BOX 105028<br>ATLANTA, GA 30348-5028<br>Classified as: UNSECURED | $3,208.81<br><br>Monthly Payment: $0.00 | 0.00 | 0.00 |

Total:   $27,565.52

As of the date of this report, we estimate this Plan should run 34 more months. Please be aware that any number of modifications can affect the Plan length and/or the Percent to be Paid, and as such these numbers can change.